UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ALBERTO BENITEZ,

                                                                           07 Civ. 2919 (AKH)

                       Plaintiff,

                                                                            **AFFIDAVIT OF**
                                                                             **SERVICE**

        - against -

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

                                      Defendants.
-------------------------------------------------------------------------x


STATE OF NEW YORK    )

COUNTY OF NEW YORK ) ss.:


        1.        The undersigned, being duly sworn, says: I am an employee of The Legal Aid Society, located at 953 Southern Blvd., Bronx, NY 10459. I am not a party to the action and am over 18 years of age.

        2.        On **April 23, 2007, at approximately 11:30 am.,** I served the Summons and Complaint in this action by delivering seven true copies thereof personally to the offices of Lemle & Wolff, Inc, and 83 Post Avenue Associates, LLC, at 5925 Broadway, Bronx, New York 10463. I gave the copies to the receptionist, who told me her name was Janice. She has light brown skin, brown hair, is approximate 36-50 years of age, between 5'4" and 5'8" tall, and weights approximate 100-130 pounds.

        3.        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

_____
Pedro Caban

Sworn to before me on
the _2_ day of May, 2007

_____
NOTARY PUBLIC

LOUIS R. ULLRICH
Notary Public, State of New York
No. 00-4672040
Qualified in Bronx County
Commission Expires March 30, 2007
1-31

S:\CIVIL.Shared\FORMS\Affidavit Of Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALBERTO BENITEZ,

                                      Plaintiff,

                    - against -

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

                                   Defendants.
------------------------------------------------------------------------x

07 Civ. 2919 (AKH)

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK   )

COUNTY OF NEW YORK ) ss.:

      The undersigned, being duly sworn, deposes and says: I am an employee of The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York, 10038. I am over 18 and am not a party in this case. On the date given below, I mailed to the person/entity identified below a true copy of the within papers by depositing them in a post office of official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope addressed as stated below.

      DATE OF MAILING: April 27, 2007
      TYPE OF MAILING: First Class
      PERSON/ENTITY TO WHOM MAILED: Frank Anelante, Jr.
      ADDRESS: 5925 Broadway, Bronx, New York 10463

                                                   _____
                                                   HOLLIS V. PFITSCH

Sworn to before me this day,
April 27, 2007

_____
Notary Public

RICHARD E. BLUM
NOTARY PUBLIC, State of New York
No. 24-4975295
Qualified in Kings County
Commission Expires December 3, 1ç2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALBERTO BENITEZ,

          07 Civ. 2919 (AKH)

        Plaintiff,

              **AFFIDAVIT OF**
              **SERVICE**
  - against -          **BY MAIL**

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

        Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss.:

  The undersigned, being duly sworn, deposes and says: I am an employee of The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York, 10038. I am over 18 and am not a party in this case. On the date given below, I mailed to the person/entity identified below a true copy of the within papers by depositing them in a post office of official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope addressed as stated below.

  DATE OF MAILING: April 27, 2007
  TYPE OF MAILING: First Class
  PERSON/ENTITY TO WHOM MAILED: Christopher T. Anelante
  ADDRESS: 5925 Broadway, Bronx, New York 10463

                 _____
                 HOLLIS V. PFITSCH

Sworn to before me this day,
April 27, 2007

_____
Notary Public

RICHARD E. BLUM
NOTARY PUBLIC, State of New York
No. 24-4975295
Qualified in Kings County
Commission Expires December 3, 19___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ALBERTO BENITEZ,

            07 Civ. 2919 (AKH)

                                  Plaintiff,

            **AFFIDAVIT OF**
            **SERVICE**
        - against -            **BY MAIL**

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

                                Defendants.
-------------------------------------------------------------------------x

STATE OF NEW YORK   )

COUNTY OF NEW YORK ) ss.:

      The undersigned, being duly sworn, deposes and says: I am an employee of The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York, 10038. I am over 18 and am not a party in this case. On the date given below, I mailed to the person/entity identified below a true copy of the within papers by depositing them in a post office of official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope addressed as stated below.

      DATE OF MAILING: April 27, 2007
      TYPE OF MAILING: First Class
      PERSON/ENTITY TO WHOM MAILED: George Sclavis
      ADDRESS: 5925 Broadway, Bronx, New York 10463

                                                  _____
                                                  HOLLIS V. PFITSCH

Sworn to before me this day,
April 27, 2007

_____
Notary Public

RICHARD E. BLUM
NOTARY PUBLIC, State of New York
No. 24-4875295
Qualified in Kings County
Commission Expires December 3, 1/6 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALBERTO BENITEZ,

                                Plaintiff,

    - against -

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

                                Defendants.
------------------------------------------------------------------------x

07 Civ. 2919 (AKH)

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK     )

COUNTY OF NEW YORK ) ss.:

    The undersigned, being duly sworn, deposes and says: I am an employee of The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York, 10038. I am over 18 and am not a party in this case. On the date given below, I mailed to the person/entity identified below a true copy of the within papers by depositing them in a post office of official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope addressed as stated below.

    DATE OF MAILING: April 27, 2007
    TYPE OF MAILING: First Class
    PERSON/ENTITY TO WHOM MAILED: Rose Santo
    ADDRESS: 5925 Broadway, Bronx, New York 10463

                                                          HOLLIS V. PFITSCH

Sworn to before me this day,
April 27, 2007

_____
Notary Public

RICHARD E. BLUM
NOTARY PUBLIC, State of New York
No. 24-4975295
Qualified in Kings County
Commission Expires December 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALBERTO BENITEZ,

               07 Civ. 2919 (AKH)

               Plaintiff,

               **AFFIDAVIT OF**
               **SERVICE**
      - against -           **BY MAIL**

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES,
LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE,
GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

               Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK   )

COUNTY OF NEW YORK ) ss.:

      The undersigned, being duly sworn, deposes and says: I am an employee of The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York, 10038. I am over 18 and am not a party in this case. On the date given below, I mailed to the person/entity identified below a true copy of the within papers by depositing them in a post office of official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope addressed as stated below.

      DATE OF MAILING: April 27, 2007
      TYPE OF MAILING: First Class
      PERSON/ENTITY TO WHOM MAILED: Maria Amanza
      ADDRESS: 5925 Broadway, Bronx, New York 10463

                                                       _____
                                                       HOLLIS V. PFITSCH

Sworn to before me this day,
April 27, 2007

_____
Notary Public

RICHARD E. BLUM
NOTARY PUBLIC, State of New York
No. 24-4875295
Qualified in Kings County
Commission Expires December 3, 19__ /2/10