# CLIFTON BUDD & DeMARIA, LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.452.0500
fax 518.649.4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973.893.0499



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/07

RECEIVED JUN 13 2007 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

June 12, 2007

**VIA FACSIMILE (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007

      Re:    ***Benitez v. Lemle & Wolff, Inc. et al***
             **Docket No. 07-cv-2919 (AKH)**

Dear Judge Hellerstein:

    This firm has recently been retained as co-counsel along with Howard I. Rothschild for Lemle & Wolff, Inc., 83 Post Avenue Associates, LLC, Frank Anelante, Jr., Christopher T. Anelante, George Sclavis, Rose Santo and Maria Amanza (collectively, "Defendants") in the above-referenced matter. Please note our appearance and direct all future notices, correspondence and other communications to me and Mr. Rothschild.

    The parties are currently seeking to mediate a pending charge with the Equal Employment Opportunities Commission ("EEOC") and the claims alleged in the above-referenced matter. To this end the parties within the next ten days intend to schedule a date certain for mediation to commence before the EEOC which will encompass a global settlement of the pending EEOC charge and this lawsuit.

    Accordingly, Defendants respectfully request an extension of time to answer or move with respect to the complaint filed by Alberto Benitez ("Plaintiff") and served upon Defendants on April 23, 2007. Defendants' time to answer the complaint was May 14, 2007. This is Defendants' first request for an extension.

    The Plaintiff has agreed to this extension under the conditions outlined below. The parties have agreed that if a date certain for mediation to commence before the EEOC is obtained within ten days of this letter, Defendants' will either answer or move with respect to Plaintiff's complaint within ten days from the conclusion of the mediation before the EEOC. If the parties

CLIFTON BUDD & DeMARIA, LLP

are unable to obtain a date certain for mediation to commence before the EEOC, Defendants' time to answer or move with respect to Plaintiff's complaint shall be due twenty days from the expiration of the ten-day period for which the parties were to obtain a date certain for the mediation. This time period is a total of thirty days from the date of this letter.

Accordingly, Defendants' request an extension of time to answer or move as outlined above. Further, pursuant to the parties' agreement outlined above, Defendants request dismissal of Plaintiff's Request to Enter Default. If you should have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
Attorneys for Defendants

By: _____
Daniel C. Moreland (DM-2672)
Howard Rothschild (HR-6008)

cc:   Hollis V. Pfitsch, Esq. (via facsimile)
      Howard I. Rothschild, Esq. (via facsimile)