UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERTO BENITEZ,

              Plaintiff,          Civil Action No. 07 Civ. 2919 (AKH)

         -against-           **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**

LEMLE & WOLFF, INC., 83 POST
AVENUE ASSOCIATES, LLC, FRANK
ANELANTE, JR., CHRISTOPHER T.
ANELANTE, GEORGE SCLAVIS, ROSE
SANTO, & MARIA AMANZA,

              Defendants.
------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of this Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendants, Lemle & Wolff, Inc. and 83 Post Avenue Associates, LLC, certify that none of the Defendants are publicly-held corporations and do not have parent corporations.

Dated: July 12, 2007
       New York, New York

                                        Respectfully submitted,

                                        CLIFTON BUDD & DeMARIA, LLP
                                        Attorneys for Defendants

                                        By: _____
                                            Daniel C. Moreland, Esq. (DM-2672)
                                            420 Lexington Avenue, Suite 420
                                            New York, New York 10170-0089
                                            (212) 687-7410

                                            Howard I. Rothschild (HR-6008)
                                            Co-Counsel for Defendants
                                            292 Madison Avenue, 16th Floor
                                            New York, New York 10017
                                            (212) 889-4100

TO:    Steven Banks (SB-0987)
Attorney-in-Chief
Adriene L. Holder (AH-1872)
Attorney-in-Charge, Civil Practice
Christopher D. Lamb (CL-8145)
Attorney-in-Charge, Staten Island Neighborhood Office
THE LEGAL AID SOCIETY
Employment Law Project
Hollis V. Pfitsch, of counsel (HP-0522)
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3465