## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                                              )   ss:
COUNTY OF NEW YORK  )

STEFANIE MUNSKY deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

On July 13, 2007, I served a copy of the within **Rule 7.1 Corporate Disclosure Statement of Defendants** upon:

> Hollis V. Pfitsch, Esq.
> The Legal Aid Society
> Employment Law Project
> 199 Water Street, 3rd Floor
> New York, New York 10038

at the address designated by said attorney for that purpose, by First Class Mail in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
STEFANIE MUNSKY

Sworn to before me this
13th day of July, 2007

_____
Notary Public

SHERYL ANN EWART SORENSEN
Notary Public, State of New York
No. 02EW6138793
Qualified in Kings County
Commission Expires 12/27/20___