**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL**

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

STEFANIE MUNSKY deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

On July 13, 2007, I served a copy of the within **Answer** upon:

Hollis V. Pfitsch, Esq.
The Legal Aid Society
Employment Law Project
199 Water Street, 3rd Floor
New York, New York 10038

at the address designated by said attorney for that purpose, by First Class Mail in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
STEFANIE MUNSKY

Sworn to before me this
13th day of July, 2007

_____
Notary Public

SHERYL ANN EWART SORENSEN
Notary Public, State of New York
No. 02EW6138793
Qualified in Kings County
Commission Expires 12/27/20_29_