UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALBERTO BENITEZ,

              Plaintiff,

-against-

LEMLE & WOLFF, INC., 83 POST AVENUE ASSOCIATES, LLC, FRANK ANELANTE, JR., CHRISTOPHER T. ANELANTE, GEORGE SCLAVIS, ROSE SANTO, & MARIA AMANZA,

              Defendants.
-------------------------------------------------------------x

Civil Action No. 07 Civ. 2919 (AKH)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the law firm of Clifton Budd & DeMaria, LLP, 420 Lexington Avenue, New York, New York 10170, telephone number (212) 687-7410 and facsimile number (212) 687-3285 has appeared along with co-counsel, Howard I. Rothschild, 292 Madison Avenue, 16th Floor, New York, New York, 10017, telephone number (212) 889-4100 and facsimile number (212) 889-4105, on behalf of Defendants, Lemle & Wolff, Inc., 83 Post Avenue Associates, LLC, Frank Anelante, Jr., Christopher T. Anelante, George Sclavis, Rose Santo and Maria Amanza, in the above-captioned matter.

Dated: June 15, 2007
      New York, New York

                                      Respectfully submitted,

                                      By: _____
                                          Howard I. Rothschild (HR-6008)
                                          292 Madison Avenue, 16th Floor
                                          New York, New York 10017
                                          (212) 889-4100

By: _____
Daniel C. Moreland (DM-2672)
CLIFTON BUDD & DeMARIA LLP
420 Lexington Avenue, Suite 420
New York, New York 10170
(212) 687-7410

TO:   Steven Banks (SB-0987)
      Attorney-in-Chief
      Adriene L. Holder (AH-1872)
      Attorney-in-Charge, Civil Practice
      Christopher D. Lamb (CL-8145)
      Attorney-in-Charge, Staten Island Neighborhood Office
      THE LEGAL AID SOCIETY
      Employment Law Project
      Hollis V. Pfitsch, of counsel (HP-0522)
      199 Water Street, 3rd Floor
      New York, New York 10038
      (212) 577-3465