## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

STEFANIE MUNSKY deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

On June 15, 2007, I served a copy of the within **Notice of Appearance** upon:

Hollis V. Pfitsch
The Legal Aid Society
Employment Law Project
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3465

at the address designated by said attorney for that purpose, by First Class Mail in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
STEFANIE MUNSKY

Sworn to before me this
15th day of June, 2007

_____
Notary Public

DANIEL W. MORRIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MO6139125
Qualified in Westchester County
My Commission Expires December 27, 2009