**CLIFTON BUDD & DeMARIA, LLP**
A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.452.0500
fax 518.689.4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973.893.0499

November 2, 2007

Honorable Alvin K. Hellerstein
United States District court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    *Benitez v. Lemle & Wolff, Inc.*,
            <u>Docket No. 07-CV-2919(AKH)</u>

Dear Judge Hellerstein:

    As you are aware, this firm and Howard I. Rothschild represent the Defendants in the above-referenced matter. The parties have discussed settlement and believe that they are close to reaching an agreement in this matter, but need some assistance. The parties also believe that the Court could facilitate this process. Accordingly, the parties request a settlement conference with the Court. All of the attorneys and the respective principals are available on the following dates and times: November 9, after 1:30 P.M., November 13, after 1:30 P.M., November 14 in the morning, any time on November 19 and November 20 after 1:30 P.M. Please advise if the Court is available on any of those dates and times. If the Court is unavailable, then the parties respectfully request that your honor refer this request to a Magistrate Judge.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                Daniel C. Moreland

*[Handwritten note: Respectfully # referred for settlement discussions to USMJ James C. Francis. 11-6-07 /s/ Hellerstein]*

cc:    Howard I. Rothschild, Esq. (via facsimile)
       Hollis V. Pfitsch, Esq. (via facsimile)

G.DCM.Letters.11.07.dm.01,Hellerstein