**CLIFTON BUDD & DeMARIA, LLP**

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.452.0500
fax 518.689.4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973.893.0499

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

December 14, 2007

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

*A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 60 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.*

*Alvin K. Hellerstein, U.S.D.J.*
*Date: 12-19-07*

Re:   ***Benitez v. Lemle & Wolff, Inc., et al.***
      **Docket No. 07-CV-2919 (AKH)**

Dear Judge Hellerstein:

As you are aware, jointly with Howard Rothschild, this law firm represents the Defendants in the above-referenced matter. On November 6, 2007, the Court referred this matter to Magistrate Judge James Francis for the purposes of settlement.

On December 12, 2007, the parties appeared before Judge Francis and with his aid, the parties have reached a two-part settlement. The main settlement allows Plaintiff time to investigate any potential pension-related claims he may have against the Defendants for a period of 30 days, beginning on December 12th. At the end of the 30 days, the Plaintiff will execute a general release, if he concludes that he does not have any pension-related claims against Defendants. If, however, Plaintiff concludes that he has claims related to his pension, against Defendants, he will execute only a limited release, which will not include any of the pension-related claims. At that time, Defendants will have the opportunity to accept the limited release or to reject the settlement. The secondary settlement provides for Plaintiff to vacate the superintendent's apartment in the building by the end of this month and receive a monetary settlement, that is not contingent on the release of his pension-related claims.

Accordingly, based upon the settlement reached by the parties, the parties respectfully request a 30-day stay of the action.

**CLIFTON BUDD & DeMARIA, LLP**

Hon. Alvin K. Hellerstein
December 14, 2007
Page 2

      Thank you for your attention to this matter. If you have any questions, please contact the undersigned at your convenience.

                    Respectfully submitted,

                    CLIFTON BUDD & DeMARIA, LLP
                    Attorneys for Defendants

                    By: _____
                         Daniel C. Moreland (DM-2672)
                         Howard Rothschild (HR-6008)

DCM/vc
cc:    Hollis V. Pfitsch, Esq. – Attorney for Plaintiff (via facsimile)
       Howard I. Rothschild, Esq. – Co-Counsel for Defendant (via facsimile)